# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**NICHOLAS CORTEZ ADDISON**                                        **PLAINTIFF**

v.                **CASE NO. 3:15-CV-00278 BSM/BD**

**JOEY MARTIN and**
**KIM MUSE**                                                           **DEFENDANTS**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Beth Deere has been reviewed. No objections have been filed. After careful consideration, the partial recommended disposition is hereby adopted in all respects.

IT IS THEREFORE ORDERED THAT plaintiff Nicholas Addison's claims are dismissed without prejudice based on his failure to comply with the September 15, 2015, order [Doc. No. 3] instructing him to either pay the initial filing fee or apply to proceed *in forma pauperis*.

IT IS SO ORDERED this 18th day of November 2015.

_____
UNITED STATES DISTRICT JUDGE