IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS CORTEZ ADDISON                                                       PLAINTIFF

v.                            CASE NO. 3:15-CV-00278 BSM/BD

JOEY MARTIN and
KIM MUSE                                                                       DEFENDANTS

## JUDGMENT

Consistent with the order entered separately today, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 18th day of November 2015.

_____
UNITED STATES DISTRICT JUDGE